UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| BROADCAST MUSIC, INC. ET AL | : | CIVIL CASE NO. |
| Plaintiffs | : | 3:16CV07(JCH) |
| | : | |
| v. | : | |
| | : | |
| LONGSHOTS SPORTS CAFÉ, LLC ET AL | : | FEBRUARY 23, 2016 |
| AUTHORITY | : | |
| Defendant | : | |

## ORDER TO SHOW CAUSE

The plaintiff is hereby **ORDERED TO SHOW CAUSE** why the court should not dismiss this case for failure to prosecute as a result of the plaintiff's failure to move for a default entry against the defendants.  Plaintiff should file his response by **March 7, 2016**.  Failure to respond by said date may result in the dismissal of this case.

**SO ORDERED**.

Dated at New Haven, Connecticut this 23rd day of February, 2016.


/s/Janet C. Hall
Janet C. Hall
United States District Judge