UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; WELSH WITCH MUSIC; ABKCO MUSIC, INC.; UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS; SURFACE PRETTY DEEP UGLY MUSIC; SONY/ATV SONGS LLC, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 3:16-cv-00007-JCH |
| v. | ) ) | |
| LONGSHOTS SPORTS CAFE, LLC d/b/a LONGSHOTS SPORTS CAFE; and CARLOS VERACRUZ, SONIA VERACRUZ and NIKI LAHANIATIS, each individually, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiffs, Broadcast Music, Inc. *et al.*, and defendants, Longshots Sports Café, LLC d/b/a Longshots Sports Cafe., *et. al.*, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

1

Dated: April 6, 2017

| | |
|---|---|
| /s/ Michael J. Rye, Esq.<br>Michael J. Rye, Esq. (ct18354)<br>Chad A. Dever, Esq.<br>**Cantor Colburn LLP**<br>20 Church Street, 22nd Floor<br>Hartford, CT 06103<br>Telephone: (860) 286-2929<br>Facsimile: (860) 286-0115<br>Email: mrye@cantorcolburn.com<br>Email: cdever@cantorcolburn.com<br><br>*Attorneys for Plaintiffs* | /s/ Candace V. Fay, Esq. (with permission)<br>Candace V. Fay, Esq.<br>118 Coalpit Hill Road<br>Danbury, CT 06810<br>Telephone: 203 796-0235<br>Facsimile: 203-798-8898<br>Email: candace@attorneyfay.com<br><br><br><br><br>*Attorney for Defendants* |

3

## CERTIFICATE OF SERVICE

I, Michael J. Rye, Esq., counsel for Plaintiffs in the above-captioned matter, certify that, on the 6th day of April, 2017, the forgoing document was sent via the Court's ECF System to all counsel of record.

/s/ Michael J. Rye
Michael J. Rye
